STATE v. WHITFIELD

No. 211P98

Case below: 129 N.C.App. 430

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 dismissed 8 July 1998.

STATE v. WILLIAMS

No. 264A90-4

Case below: Wayne County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wayne County denied 8 July 1998.

TEXIDOR v. EATHERLY

No. 125P98

Case below: 128 N.C.App. 749

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 July 1998.

TRAPP v. MACCIOLI

No. 190P98

Case below: 129 N.C.App. 237

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.


PETITION TO REHEAR

REGAN v. AMERIMARK BUILDING PRODUCTS, INC.

No. 449A97

Case below: 347 N.C. 665

Petition by plaintiff to rehear pursuant to Rule 31 denied 18 May 1998.